O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-09071-AHM (VBKx) | Date | March 15, 2010 |
|---|---|---|---|
| Title | WENDY MOORE v. WACHOVIA SECURITIES, LLC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen M. Harris | Malcolm A. Heinicke |
| | Rachel Stein |

**Proceedings:** MOTION to Dismiss Case or in the Alternative Strike Class Allegations and Compel Arbitration [15] (non-evidentiary)

Court circulates tentative order and hears oral argument. For reasons stated on the record, the Court grants the motion to dismiss. Order to issue.

|  | : | 12 |
|---|---|---|
| Initials of Preparer | | SMO |